UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SURENDER SINGH,

　　　　　　Petitioner,

　　v.

ICE FIELD OFFICE DIRECTOR,

　　　　　　Respondent.

Case No. C19-581-RAJ

**ORDER OF DISMISSAL**

　　Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

　　1.　　The Report and Recommendation is **ADOPTED**.
　　2.　　The Government's motion to dismiss, Dkt. 6, is **GRANTED**.
　　3.　　Petitioner's habeas petition is **DENIED**.
　　4.　　This action is **DISMISSED** without prejudice.
　　5.　　The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

　　DATED this 20th day of August, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1